IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY VELLA** | : | Civil No. 1:17-CV-1900 |
| Plaintiff, | : | |
| v. | : | |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** | : | |
| Defendant. | : | **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompany memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to dismiss the complaint (Doc. 4) is granted in part and denied in part as follows:

1) The motion is **GRANTED** in that the court will strike paragraphs 53, 57, 58, and "as well as third party liability benefits" in Plaintiff's prayer for relief from the complaint.

2) The motion is **DENIED** as to striking paragraphs 21-23, 26-28, 30, 31, 33, 34, 37-39, and 41 from the complaint.

                                                                  s/Sylvia Rambo
                                                                  SYLVIA H. RAMBO
                                                                  United States District Judge

Dated: April 23, 2018